# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK JEROME ALLEN

NO. 2024 KW 0986

**DECEMBER 23, 2024**

---

In Re:     Derrick Jerome Allen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-04-0828.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's motion to correct illegal sentence, filed December 6, 2023, on or before January 23, 2025. A copy of the trial court's action shall be filed in this court on or before January 30, 2025.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT